IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRABUS GmbH, | ) |
|        Plaintiff, | ) Case No. 20-cv-3789 <br> ) <br> ) <br> ) Judge Robert W. Gettleman |
| v. | ) <br> ) |
| HFUFUCU, et al., | ) <br> ) |
|        Defendants. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff BRABUS GmbH hereby dismisses with prejudice all causes of action in the complaint against the following Defendants identified in Schedule A.  Each party shall bear its own attorney's fees and costs.

| No. | Defendant |
|---|---|
| 4 | lijialin |
| 9 | Silver Horse International |
| 37 | Anderson mom2 |
| 47 | junyun_ding |
| 101 | daro |
| 102 | ferryman |
| 106 | ctwcarstyle |

The respective Defendants have not filed an answer to the complaint or a motion for summary judgment in this matter.  Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

Respectfully submitted,

Dated: August 12, 2020      By:    s/Michael A. Hierl_____
                                                          Michael A. Hierl (Bar No. 3128021)
                                                          William B. Kalbac (Bar No. 6301771)
                                                           Hughes Socol Piers Resnick & Dym, Ltd.
                                                          Three First National Plaza
                                                          70 W. Madison Street, Suite 4000
                                                          Chicago, Illinois 60602
                                                          (312) 580-0100 Telephone
                                                          mhierl@hsplegal.com

                                                          Attorneys for Plaintiffs
                                                          BRABUS GmbH

**CERTIFICATE OF SERVICE**

    The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on August 12, 2020.

                                                              s/Michael A. Hierl